IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:   FELIX D. KIMMEL                #16-51194-SDR
         BETTY G. KIMMEL               Chapter 13

**NOTICE BY CHAPTER 13 TRUSTEE PURSUANT TO
FEDERAL BANKRUPTCY RULE 3002.1(f) OF FINAL CURE PAYMENT
TO PRINCIPAL RESIDENCE MORTGAGE CLAIMANT**

The Chapter 13 Trustee hereby certifies that the Debtor(s) has completed all payments under the Chapter 13 plan as necessary to be eligible for a discharge under 11 U.S.C. §1328; and, that the Chapter 13 Trustee has made a final disbursement to creditors, including US Bank Trust National Association, as Trustee Of Igloo Series IV Trust, which holds a claim secured by a security interest in the Debtor(s)' principal residence.  A pre-petition allowed mortgage arrearage in the amount of $3,349.20 has been paid in full by the Chapter 13 Trustee.  In addition, the Chapter 13 Trustee has paid this creditor: a total of $50,356.80 in ongoing mortgage payments sufficient to bring this mortgage current through and including the month of August 2021; plus $0 in post-petition supplemental claims.

As a creditor holding a security interest in property secured by the Debtor(s)' principal residence, be advised that **you are required to file a response** to this Notice of Final Cure Payment pursuant to Federal Bankruptcy Rule 3002.1(g) which provides that within twenty-one (21) days after service of this Notice the holder shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5) of the Code.  The statement shall itemize the required cure or post-petition amounts, if any, which the holder contends remains unpaid as of the date of the statement; and the statement, <u>shall be filed as a supplement</u> to the holder's proof of claim.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Notice of Final Cure Payment and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on this 27th day of September 2021.

s/ Gwendolyn M. Kerney, w/perm ml
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995

Felix D. Kimmel (USM)
Betty G. Kimmel
462 Harr Trail Road
Blountville, TN  37617

Charles Parks Pope (ECF)
The Pope Firm- Johnson City

Tiffany DiIorio (ECF)
United States Trustee's Office

U. S. Bank Trust NA (USM)
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma, OK 73134

US Bank Trust Natl As Trustee Of Igloo (USM)
Series IV C/O SN Servicing Corporation
323 Fifth Street
Eureka,  CA  95501-

Robert S. Coleman, Jr. Atty. (USM)
1405 N. Pierce, Suite 306
Little Rock, AR 72207

U. S. Bank Trust NA as Trustee (USM)
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Renee G. Kammer, Atty. (USM)
Marinosci Law Group, P.C.
50 Peadbody Place, Suite 255
Memphis, TN 38103

U. S. Bank NA (USM)
14841 Dallas Parkway, Suite 300
Dallas, TX 75254

Natalie E. Lee, Atty. (USM)
Buckley Madole, PC
PO Box 9013
Addison, TX 75001

D. Anthony Sottile, Atty. (USM)
Sottile & Barile, Attorneys at Law
7530 Lucerne Drive, Suite 210
Middlesburg Heights, OH 44130